# In The United States District Court For The Middle District of Georgia Macon Division

Azael Dythian Perales et al.,

(Plaintiff's)

Vs.

United States Secret Service et al.,
Office of Government and Public Affirs
245 Murray Ln,
Washington, DC 20223

5200 North Palm Avenue, # 207
Fresno, CA 93704

280 S. Street, # 1111
San Jose, CA 95113

501 I Street, # 12100
Sacramento, CA 95814



### Ranks of the Secret Service

- Director of Secret Service: Randolph Tex Alles
- Deputy Director
- Chief Operating Officer
- Chief of Staff
- Assistant Director
- Deputy Assistant Director
- Special Agent in Charge
- Deputy Special Agent in Charge
- Assistant Special Agent in Charge
- Assistant to the Special Agent in Charge
- Administrative PT

1

- Special Agent
- Special Officer
- Uniformed Officer

Vs.

California State Assembly et al.,
( All Active & Acting Members of California State Assembly)

Anthony Rendon (Speaker of the Assembly)
State Capitol
Room 219
Sacramento, CA 95814

**Cecilia Aguiar-Curry**
**Dr. Joaquin Arambula**
Marc Berman
Richard Bloom
Raul Bocanegra
Rob Bonta
Autumn Burke
Anna M. Caballero
Ian C. Calderon
Sabrina Cervantes
Ed Chau
David Chiu
Kansen Chu
Ken Cooley
Jim Cooper
Matthew Dababneh
Tom Daly
Susan Eggman
Jim Frazier
Laura Friedman
Cristina Garcia
Eduardo Garcia
Mike A. Gipson
Todd Gloria
Jimmy Gomez
Lorena Gonzalez Fletcher
Adam Gray
Timothy S. Grayson

Chris Holden

Jacqui Irwin

Reginald Byron Jones-Sawyer, Sr.

Ash Kalra

Marc Levine

Monique Limón

Evan Low

Kevin McCarty

Jose Medina

Kevin Mullin

Al Muratsuchi

Adrin Nazarian

Patrick O'Donnell

Bill Quirk

Sharon Quirk-Silva

Eloise Gómez Reyes

Sebastian Ridley-Thomas

Freddie Rodriguez

Blanca E. Rubio

Rudy Salas

Miguel Santiago

Mark Stone

Tony Thurmond

Phil Ting

Shirley Weber

Jim Wood

Vs.

United States Department of The Army et al.,
Headquarters: The Pentagon, Arlington County Virginia, U.S.
Robert Speer or Any Acting Secretary of the Army


Orange County Sheriff's Department et al.,
550 N. Flower Street
Santa Ana, CA 92703

Sandra Hutchens e.g.
Don Barnes e.g.
Brian Wayt e.g.
Bob Peterson e.g.
Steve Kea e.g.
Adam Powell e.g.
Mary Izadi e.g.
Robert Beaver e.g.
Jon Briggs e.g.
Jeff Hallock e.g.
Stu Greenburg e.g.
William Baker e.g.
Ray Grangoff e.g.
Lt. Lane Lagaret e.g.
Gail Krause e.g.
Jaimee Blashaw e.g.


Vs.

Dana C. / Doe e.g. (Former and Landlord of 535 Williamson Avenue Fullerton, CA 92832
Jeffery Fowler e.g. (Former Manager of my Last Residence 535 Williamson Avenue Fullerton, CA 92832 / California License Plate Number (5MVS233)

(Defendant's)

## JURISTICTION


### Article 3 Section 2 of The U..S. Constitution.
The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, and   the Laws of the United States.

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED Article III, Section 2 of the U.S.

Constitution provides that "[t]he judicial Power shall extend to all Cases, in Law and Equity arising under * * * the Laws of the United States * * *." The pertinent provisions of Espionage, Conspiracy to commit Espionage and 42 U.S.C. § 1983, thank you.

Date: June 9, 2017

Signature: _____

Name: **AZAEL DYTHIAN PERALES**
(Typed or Printed)

Address: **P.O. Box 501 Fullerton, California 92836**
Former Residence: **535 Williamson Avenue Fullerton, CA 92832**

Telephone No. **(714) 732-8532**

5